IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAFIS STOKES | : | CIVIL ACTION |
| *Petitioner* | : | |
| v. | : | NO. 15-412 |
| | : | |
| GIROUX, THE DISTRICT ATTORNEY | : | |
| OF THE COUNTY OF PHILADELPHIA | : | |
| and THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW**, this 25th day of January 2016, upon consideration of the pleadings and record herein, and after careful and independent consideration of the *Report and Recommendation* submitted by United States Magistrate Judge Thomas J. Rueter, [ECF 8], Petitioner's objections thereto, [ECF 9], and Respondents' response to the objections, [ECF 12], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.

2. Petitioner's objections are **OVERRULED**.

3. Petitioner's petition for a writ of *habeas corpus* is **DENIED**.

4. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.